# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Mark Ax | CHAPTER 13
      Debtor(s) |
| BKY. NO. 12-11596 JKF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 3571

                Respectfully submitted,

                **/s/Thomas Puleo, Esquire**
                Thomas Puleo, Esquire
                Brian C. Nicholas, Esquire
                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 825-6306  FAX (215) 825-6406