Certificate Number: 16339-NJ-DE-028839048

Bankruptcy Case Number: 12-11596


16339-NJ-DE-028839048

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 28, 2017</u>, at <u>9:01</u> o'clock <u>PM EST</u>, <u>Mark Ax</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>February 28, 2017</u>          By:   <u>/s/Kelley Tipton</u>

                                        Name:  <u>Kelley Tipton</u>

                                        Title:   <u>Certified Financial Counselor</u>