United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-11596-jkf
Mark Ax                                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett          Page 1 of 2           Date Rcvd: Jun 12, 2017
                            Form ID: 138NEW          Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2017.
```
db         +Mark Ax,    1035 3rd Avenue,    Asbury Park, NJ 07712-5805
cr          Citizens Bank,    c/o Nancy J. Glidden, Esquire,    Unruh, Turner, Burke & Frees, P.C.,
             P.O. Box 515,    West Chester, PA  19381-0515
cr         +First Tennessee Bank National Assocation,     P.O. Box 1469,    Knoxville, TN 37901-1469
cr         +PA Dept of Revenue,    c/o Denise A. Kuhn,    21 S. 12 th Street,    3rd floor,
             Philadelphia, PA 19107-3604
cr         +VIST Bank fka Leesport Bank,    c/o George T. Faris, IV, Esquire,     Hartman Shurrr,
             1100 Berkshire Blvd., Suite 301,    P.O. Box 5828,    Wyomissing, PA 19610-5828
12678711   +AXZO, INC,    151 NO 3RD STREET,    PHILADELPHIA, PA 19106-1914
12770695    American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
12754236    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12770694   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
            (address filed with court:   Bank of America,     P.O. Box 15019,    Wilmington, DE 19886-5019)
12801383    BANK OF AMERICA, N.A.,    P.O. Box 660933,    Dallas, Texas 75266-0933
12678713   +Bank of America,    NC 1-001-07-06,    101 N TRYON ST,    CHARLOTTE NC 28246-0100
12678714   +Bank of America Mortgage,    P.O. Box 5170,    Simi Valley, CA 93062-5170
12693318   +Bank of America N A,    c/o Kevin McQuail, Esq,    123 S Broad Street, Ste 2080,
             Phila., PA 19109-1031
12705109   +Bank of America NA,    c/o Gregory Javardian, Esquire,    1310 Industrial Boulevard,
             1st Floor, Suite 101,    Southampton, PA 18966-4030
12678715    Burke & Frees,    PO Box 515,    West Chester, Pa 19381-0515
12770693   +Citi,   P.O. Box 6500,    Sioux Falls, SD 57117-6500
12678718   +Citizens Bank,    480 Jefferson Blvd RJE135,    Warwick RI 02886-1359
12682464   +Citizens Bank,    c/o Nancy J. Glidden, Esq,    P O Box 515,    17 W Gay Street,
             West Chester, PA 19380-3090
12678720   +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
12678721   +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
12693030   +First Tennessee Bank,    P.O. Box 1469,    Knoxville, TN 37901-1469
13410964   +First Tennessee Bank National Association,     P.O. Box 201347,    Arlington, TX 76006-1347
12697214   +PA Dept of Revenue,    c/o Denise A. Kuhn, Esq,    21 S 12th Street, 3rd fl,
             Phila, PA 19107-3604
12678726    PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
             Harrisburg, PA 17120-0946
12678727   +SBA,   900 Market Street,    5th Floor,    Philadelphia, PA 19107-4214
12678728   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
            (address filed with court:   Toyota Financial Services,     P.O. Box 371339,
             Pittsburgh, PA 15250)
12703325    Toyota Motor Credit Corporation (TMCC),     PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
12678729   +Trans Union Corporation,    Public Records Department,     555 West Adams Street,
             Chicago, IL 60661-3631
12811592   +VIST Bank,    c/o George T. Faris, IV, Esquire,    Hartman Shurr,    P.O. Box 5828,
             Wyomissing, PA 19610-5828
12678710   +axzo , inc,    151 north 3rd street,    philadelphia, pa 19106-1914
12678722    first horizon,    po box 1532,    memphia tn 38101-1532
12678723   +hartman shurr,    1100 berkshire blvd,    suite 301,    po box 5828,    wyomissing, pa 19610-5828
12678730   +vist bank fka leesport bank,    1240 broadcasting rd,    wyomissing, pa 19610-3203
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         +E-mail/Text: bncmail@w-legal.com Jun 13 2017 01:19:27     RICHARD S. RALSTON,
             Weinstein & Riley P. S.,   2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
smg          E-mail/Text: bankruptcy@phila.gov Jun 13 2017 01:19:34     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 13 2017 01:19:34      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/Text: bankruptcy.bnc@ditech.com Jun 13 2017 01:19:12
             Ditech Financial LLC FKA Green Tree Servicing LLC,    PO BOX 6154,    Rapid City, SD 57709-6154
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 13 2017 01:14:44
             First Tennessee Bank NA, Department,    c/o Ascension Capital Group,    P.O. Box 201347,
             Arlington, TX 76006-1347
cr          +E-mail/Text: bankruptcy.bnc@ditech.com Jun 13 2017 01:19:12      Green Tree Servicing LLC,
             POB 0049,   Palatine, IL 60055-0001
12690459    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 13 2017 01:14:50      Ascension Capital Group,
             First Tennessee Bank NA,    P O Box 201347,   Arlington, TX 76006-1347
12766773    +E-mail/Text: bncmail@w-legal.com Jun 13 2017 01:19:28     BACK BOWL I LLC, SERIES C,
             C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12678719     E-mail/Text: bankruptcy@phila.gov Jun 13 2017 01:19:35     City of Philadelphia,
             Bankruptcy Unit,   15th Floor,   1515 Arch Street,    Philadelphai, PA 19102
12678716    +E-mail/Text: ecf@ccpclaw.com Jun 13 2017 01:19:08     Cibik and Cataldo, P.C.,
             225 S. 15th Street,   Suite 1635,   Philadelphia, PA 19102,    ccpc@ccpclaw.com 19102-3825
12678717    +E-mail/Text: ecf@ccpclaw.com Jun 13 2017 01:19:08     Cibik and Cataldo, P.C.,
             1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102-3518
13030003     E-mail/Text: bankruptcy.bnc@ditech.com Jun 13 2017 01:19:12      Green Tree Servicing, LLC,
             P.O. Box 6154,   Rapid City, SD 57709-6154
```

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                  Date Rcvd: Jun 12, 2017
                              Form ID: 138NEW              Total Noticed: 48

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
12678724       E-mail/Text: cio.bncmail@irs.gov Jun 13 2017 01:19:10      I.R.S.,   P.O. Box 7346,
                 Philadelphia, PA 19101-7346
12841731      +E-mail/Text: bncmail@w-legal.com Jun 13 2017 01:19:29      Oak Harbor Capital VI, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
12746701       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 13 2017 01:19:15
                 Pennsylvania Department Of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
                                                                                               TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12678725        Matthew Izzo
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA   17128-0946
cr*            +First Tennessee Bank National Association,    P.O. Box 201347,   Arlington, TX 76006-1347
cr*            +Oak Harbor Capital VI, LLC,    c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
12678712*      +AXZO, INC,    151 North 3rd Street,   Philadelphia, Pa 19106-1914
12773905*       American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
12694019*     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:   FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102)
                                                                                     TOTALS: 1, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 12, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DENISE A. KUHN    on behalf of Creditor    PA Dept of Revenue dkuhn@attorneygeneral.gov
              GEORGE T. FARIS, IV    on behalf of Creditor    VIST Bank fka Leesport Bank cshurr@HartmanShurr.com,
               jcoombs@hartmanshurr.com;dgabala@hartmanshurr.com;jkrallis@hartmanshurr.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    Bank of America, N.A., successor by merger to BAC
               Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              KEVIN T MCQUAIL    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME
               LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP ecfmail@mwc-law.com
              MICHAEL A. CATALDO2    on behalf of Debtor Mark  Ax ecf@ccpclaw.com, igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Mark  Ax ecf@ccpclaw.com, igotnotices@ccpclaw.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Mark Ax
      Debtor(s)

Bankruptcy No: 12−11596−jkf
Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 6/12/17

65 – 64
Form 138_new