# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> Mark Ax, <br><br> Debtor. | Bankruptcy No. 12 -11596-jkf <br><br> Chapter 13 <br><br> Doc. No. 9-1 |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access and Authorize Filing of Replacement Notice of Mortgage Payment Change, filed by DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC;

**AND**, the Court concluding that the subject Notice of Mortgage Payment Change, (including all attachments) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to NOTICE OF MORTGAGE PAYMENT CHANGE filed on August 28, 2015, under claim 9-1 on the Claims Register, forthwith.

17-062636 - SaW

DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** February 16, 2018 .

Dated: February 5, 2018

BY THE COURT:

_____
HONORABLE Jean K. FitzSimon
UNITED STATES BANKRUPTCY JUDGE

17-062636 - SaW