United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-11596-jkf
Mark Ax                                                                 Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2       User: Antoinett       Page 1 of 1       Date Rcvd: Feb 06, 2018
                       Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2018.
db            +Mark Ax,    1035 3rd Avenue,    Asbury Park, NJ 07712-5805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2018 at the address(es) listed below:
        ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        DENISE A. KUHN    on behalf of Creditor    PA Dept of Revenue dkuhn@attorneygeneral.gov
        GEORGE T. FARIS, IV    on behalf of Creditor    VIST Bank fka Leesport Bank cshurr@HartmanShurr.com,
         jcoombs@hartmanshurr.com;dgabala@hartmanshurr.com;jkrallis@hartmanshurr.com
        JILL  MANUEL-COUGHLIN    on behalf of Creditor    Bank of America, N.A., successor by merger to BAC
         Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP jill@pkallc.com,
         chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
        KEVIN M. BUTTERY    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
         bkyefile@rasflaw.com
        KEVIN T MCQUAIL    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME
         LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP ecfmail@mwc-law.com
        MICHAEL A. CATALDO2     on behalf of Debtor Mark  Ax ecf@ccpclaw.com,
         cataldomr70146@notify.bestcase.com
        MICHAEL A. CIBIK2     on behalf of Debtor Mark  Ax ecf@ccpclaw.com,
         cibikmr70146@notify.bestcase.com
        THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
                                                                                           TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Mark Ax,<br><br>        Debtor. | Bankruptcy No. 12 -11596-jkf<br><br>Chapter 13<br><br>Doc. No. 9-1 |

**ORDER OF COURT**

    **AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access and Authorize Filing of Replacement Notice of Mortgage Payment Change, filed by DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC;

    **AND**, the Court concluding that the subject Notice of Mortgage Payment Change, (including all attachments) fails to comply with Fed. R. Bankr. P. 9037;

    It is therefore **ORDERED** that:

    1. This Motion is **GRANTED**.

    2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to NOTICE OF MORTGAGE PAYMENT CHANGE filed on August 28, 2015, under claim 9-1 on the Claims Register, forthwith.

17-062636 - SaW

DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** February 16, 2018 .

Dated: February 5, 2018

BY THE COURT:

_____
HONORABLE Jean K. FitzSimon
UNITED STATES BANKRUPTCY JUDGE

17-062636 - SaW

PAGE 6